

**SO ORDERED.**

**SIGNED this 22nd day of August, 2019.**

```
_____
LENA MANSORI JAMES
UNITED STATES BANKRUPTCY JUDGE
```

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**DURHAM DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| Wayne Everette Jackson    SSN: xxx-xx-3769 | ) | |
| Kimberly Gresham Jackson   SSN: xxx-xx-0811 | ) | |
| 4140 Cannady Mill Road | ) | |
| Oxford, NC 27565 | ) | |
| | ) | Case No. B-19-80303 C-13D |
| Debtor. | ) | |

**ORDER CONFIRMING CHAPTER 13 PLAN**

On August 12, 2019, a hearing was held on confirmation of the Debtors' Plan filed on April 25, 2019, Docket No. 2, ("Plan").  At the hearing, Koury Hicks, Esq. appeared on behalf of the Debtor; Benjamin E. Lovell, Esq. appeared on behalf of the Standing Trustee; and the Debtor appeared. The Court, after considering the Plan, finds that the Plan complies with the requirements of 11 U.S.C. §1325; therefore, it is

ORDERED that the Plan is confirmed.

[END OF DOCUMENT]

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-19-800303 C-13D**

ALL PARTIES OF RECORD AS OF THE DATE OF THE ORDER
SHALL BE SERVED BY THE BANKRUPTCY NOTICING CENTER